

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Inv. Analyst*
*719 Church Street, Suite 2500*
*Nashville, TN  37203*

August 15, 2025

Jeffrey Wells
USMS #: 38731-511
Case No. 3:2024-cr-00216

RE: NOTICE OF DESIGNATION

Mr. Wells,

This letter is to advise you that the Bureau of Prisons has designated you **FCI ATLANTA, 601 MCDONOUGH BLVD SE, ATLANTA, GA 30315** to serve the sentence ordered by the United States District Court, Middle District of Tennessee.

You are to report to **FCI ATLANTA**, no later than **2:00 PM, Tuesday, September 16, 2025**.   You may find information regarding your designation facility at **www.bop.gov/locations**.

If you are unable to surrender to the designated facility listed above, you are to surrender to your local U.S. Marshals office by 12:00 pm local time.  Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

Please feel free to call our office should you need any further assistance.  Our office number is (615) 750-1434.

Denny W. King
U. S. Marshal

Katrina Burch
Investigative Analyst