PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

3:24CR00216-1

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Tennessee | Nashville |

Jeffrey Scott Wells
(Northern District of Georgia)

NAME OF SENTENCING JUDGE

Honorable Eli Richardson, U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/17/2025 | 12/16/2026 |

OFFENSE
18 U.S.C. § 1623 - False Declarations

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Middle     DISTRICT OF     Tennessee

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     Northern District of Georgia     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 18, 2026 | *Eli Richardson* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Northern     DISTRICT OF     Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |